IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

BRANDON E. BROWN,

Plaintiff,

v.

CIVIL ACTION NO.: CV506-058

CLARENCE R. SMART, JR.; Sgt.
PRESTON; JEFFREY SHULMAN;
JOSHUA ETHERIDGE; GEORGE
GRANT; JOHN NIX, and
CHARLES GOBBI,

Defendants.

## ORDER

Magistrate Judge James Graham, by Report dated October 3, 2006, recommended that Plaintiff's claims against Defendant Preston be dismissed for Plaintiff's failure to state a cognizable claim against him. Defendant Preston's name was inadvertently omitted from the undersigned's Order dated December 6, 2006, which adopted, in part, the Magistrate Judge's Report and Recommendation as the opinion of the Court. Defendant Preston is hereby **DISMISSED** as a named Defendant in this case.

SO ORDERED, this 12th day of April, 2007.

WILLIAM T. MOORE, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA